IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

FIRST SPECIALTY INS. CORP.

VS. CIVIL ACTION NO. 4:08CV109-MPM-DAS

BILL ANDREWS AGENCY, INC., ET AL.

## **ORDER**

This matter is before the court to address the status of a ninety-day stay entered in this case on October 9, 2008. That stay has now expired, but the issues detailed in the October 9 order remain unresolved. Specifically, the court stayed this action pending a decision in a similar matter in the eastern division. That decision has now been made, but the issue has been appealed to the Fifth Circuit Court of Appeals. Accordingly, the court orders that this matter remain stayed until the Fifth Circuit Court of Appeals rules on the issues detailed in the October 9 order.

The parties are hereby ordered to contact the court within five days of the Fifth Circuit's decision and set a teleconference to discuss the matter further.

SO ORDERED, this the 9th day of January 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE